**Order entered April 7, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-00508-CR

**BRANDON DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80734-2018**

### ORDER

Before the Court is the State's April 1, 2020 motion for extension of time to file its tendered brief. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/     DAVID J. SCHENCK
PRESIDING JUSTICE